THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the matter of the Complaint of F/V MEMORIES, LLC for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>NO. 2:17-cv-01296 RSM<br><br>PLAINTIFF'S MOTION AND ORDER RE: SECURITY |

COMES NOW, Plaintiff F/V Memories, LLC, owner of the vessel F/V MEMORIES, Official No. 251934, and moves for entry of an Order directing it to post security under Rule F(1) of the Supplemental Rules for Admiralty & Maritime Claims and Local Admiralty Rule 120(b).

Rule F(1) of the Supplemental Rules for Admiralty & Maritime Claims requires the plaintiff in a Limitation of Liability action to post security in a sum equivalent to the plaintiff's interest in the vessel along with interest at the rate of 6% per annum and costs. Local Admiralty Rule 120, subpart (b), states that the amount of security for costs under Rule F(1) shall be $500.00.

Plaintiff seeks to post the attached Letter of Undertaking, Exhibit A, whereby, in the event a final judgment is entered in favor of the claimants, plaintiff's Protection and Indemnity Underwriters agree to pay up to $249,000, a sum equal to plaintiff's interest in the vessel, as per the Declaration of Dave Eriksen in Support of FV Memories, LLC's Complaint for Exoneration

PLAINTIFF'S MOTION AND ORDER RE: SECURITY - 1

Cause No. 2:17-cv-01296 RSM

From or Limitation of Liability [Docket No. 2], plus interest at 6% per annum and costs in any said final decree, or any lesser amount decreed by the Court or settled between the parties.

DATED this _____ day of September, 2017.

                                  HARRIGAN LEYH FARMER & THOMSEN LLP

                                  By_____
                                       Charles S. Jordan, WSBA #19206
                                       999 Third Avenue, Suite 4400
                                       Seattle, WA 98104
                                       T: 206-623-1700
                                       F: 206-623-8717
                                       Email: chipj@harriganleyh.com
                                       *Counsel for Plaintiff*

                                  By_____
                                         Michelle Buhler, WSBA #16235
                                       999 Third Avenue, Suite 4400
                                       Seattle, WA 98104
                                       T: 206-623-1700
                                       F: 206-623-8717
                                       Email: michelleb@harriganleyh.com
                                       *Counsel for Plaintiff*

## ORDER

Based upon Plaintiff's Motion Re: Security, it is hereby ORDERED that, pursuant to Rule F(1) of the Supplemental Rules for Admiralty & Maritime Claims and Local Admiralty Rule 120(b), Plaintiff shall file with the Court a Letter of Undertaking in the form attached as Exhibit A.

DATED this 19 day of September 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PLAINTIFF'S MOTION AND ORDER RE: SECURITY - 2

Cause No. 2:17-cv-01296 RSM

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700    FAX (206) 623-8717

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By _____
      Charles Jordan, WSBA #19206
      Michelle Buhler, WSBA #16235
*of Attorneys for Plaintiff*

PLAINTIFF'S MOTION AND ORDER RE: SECURITY - 3

Cause No. 2:17-cv-01296 RSM

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717