UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the matter of the Complaint of F/V MEMORIES, LLC for Exoneration from or Limitation of Liability

IN ADMIRALTY

NO. 2:17-cv-01296 RSM

ORDER OF STAY AND FOR MONITION

A Complaint having been filed herein on August 25, 2017 pursuant to Rule F(2) by the Plaintiff as owner of the vessel F/V MEMORIES, Official No. 251934, praying for exoneration from or limitation of their liability arising out of an incident occurring on or about the week of May 14, 2016, and for certain other relief; and the Complaint having stated the facts and circumstances upon which said exoneration and limitation are claimed; and the Plaintiff having otherwise satisfied Supplemental Admiralty Rule F(1); and it appearing that claims have been made or are about to be made against the Plaintiff and against the vessel for loss, damage, injury or destruction alleged to have been incurred in consequence of said incident;

Now on motion of counsel for Plaintiff, it is

ORDERED that further prosecution of any action or proceeding against the Plaintiff or the Plaintiff's property with respect to any claim subject to limitation in this action is STAYED;

ORDER OF STAY AND FOR MONITION - 1

Cause No. 2:17-cv-01296 RSM

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

ORDERED that a monition issue out of and under the seal of this Court in the form attached hereto, against all persons with claims against the Plaintiff for damages for any and all loss, destruction, damage or injury caused by or resulting from the said incident occurring on or about the week of May 14, 2016, referred to in the Complaint, citing each of them to appear before the Court and make due proof of their respective claims on or before the 10th day of November, 2017; and it is further

ORDERED that public notice of said monition be given by publication thereof in the Daily Journal of Commerce once a week for four successive weeks, and that the first publication of said monition be at least thirty days before November 10, 2017, and that a copy of said monition be served on the respective attorneys for all persons who at the time of making this Order shall have filed or begun suits for damage, loss or destruction arising out of or related to the matters aforesaid, together with a copy of this Order, such service to be made at least thirty days before November 10, 2017, and it is further

ORDERED that a copy of said monition under this Order be mailed by counsel for the Plaintiff on or before the date of the second publication to every person (or their attorney) known to have made any claim against the vessel or the Plaintiff arising out of the aforesaid incident.

DATED this 21st day of September 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By _____
    Charles Jordan, WSBA #19206
    Michelle Buhler, WSBA #16235
*of Attorneys for Plaintiff*

ORDER OF STAY AND FOR MONITION - 2

Cause No. 2:17-cv-01296 RSM

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717