*Honorable Ricardo S. Martinez*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the matter of the Complaint of F/V MEMORIES, LLC for Exoneration from or Limitation of Liability, | AT LAW AND IN ADMIRALTY<br><br>CASE NO. 2:17-cv-01296-RSM<br><br>**STIPULATION OF THE PARTIES TO LIFT THE STAY OF THE STATE COURT PROCEEDING** |

## STIPULATION

The parties stipulate to lift the court's injunction and stay this Limitation case so that the single claimant, Mr. Nicholas Bergquist, may proceed in the State Superior Court case already filed (17-2-10646-1 SEA). In reaching this Stipulation, the parties rely upon *Langnes v. Green,* 282 U.S. 531, 540 (1930); *Newton v. Shipman*, 718 F.2d 959 (9th Cir. 1983).

Specifically, it is stipulated that: (1) the value of the limitation fund equals the combined value of the vessel and its cargo; (2) claimant waives the right to claim *res judicata*

**STIPULATION OF THE PARTIES TO LIFT STAY OF THE STATE OF COURT PROCEEDING**- 1

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

based on the judgment in the Superior Court action; and (3) this Court has the exclusive jurisdiction to determine limitation of liability issues.

Dated this _____ of February, 2018.

STACEY & JACOBSEN, PLLC

_____
James P. Jacobsen, WSBA #16331
Joseph S. Stacey, WSBA No. 12840
Stacey & Jacobsen, PLLC
4039 - 21st Avenue W., #401
Seattle, WA 98199
Telephone:	206-282-3100
Facsimile:	206-282-1149
E-mail:jjacobsen@maritimelawyer.us
	jstacey@maritimelawyer.us
Attorneys for Claimant Nicholas J. Bergquist

HARRIGAN LEYH FARMER & THOMSEN, LLP

_____
Charles S. Jordan, WSBA #19206
Michelle Buhler, WSBA #16235
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone:	206-623-1700
Facsimile:	206-623-8717
E-mail:chipj@harriganleyh.com
	michelleb@harriganleyh.com
Counsel for Plaintiff

STIPULATION OF THE PARTIES TO LIFT STAY OF THE STATE OF COURT PROCEEDING- 2

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

## ORDER

Based upon the stipulation of the parties, it appears that Mr. Nicholas Bergquist, is a single claimant in the above captioned Limitation Action. As such, it appears that Mr. Bergquist wishes to proceed to a jury trial in King County Superior Court. The parties have made the necessary stipulations in order to have the injunction in this case dissolved so that Mr. Bergquist may pursue his lawsuit in King County Superior Court.

NOW, THEREFORE, IT IS **ORDERED** that the injunction in this case is dissolved. Claimant Bergquist is free to pursue, subject to the above stipulations, his case in King County Superior Court. It is further **ORDERED** that this Court has continuing, exclusive jurisdiction to determine limitation of liability issues. This action is stayed pending the conclusion of the Superior Court action. The parties are directed to notify the Court via a Status Report within 30 days of the conclusion of that action.

DATED this 21 day of February, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION OF THE PARTIES TO LIFT STAY OF THE STATE OF COURT PROCEEDING**- 3

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100