1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| In the matter of the Complaint of F/V MEMORIES, LLC for Exoneration from or Limitation of Liability, | AT LAW AND IN ADMIRALTY |
| | CASE NO. 2:17-cv-01296-RSM |
| | **ORDER <u>GRANTING</u> CLAIMANT BERGQUIST'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO STAY LIMITATION OF LIABILITY PROCEEDING AND TO LIFT INJUNCTION AND STAY OF OTHER PROCEEDINGS** |

18
19
20
21
22

THE COURT having reviewed Claimant Bergquist's Motion and Memorandum, of Points and Authorities to Stay Limitation of Liability Proceeding and to Lift Injunction and Stay of Other Proceedings, Petitioner's Opposition, if any, Claimant's reply, if any, and all other related materials presented by the parties, hereby finds good cause and ORDERS:

23
24
25

Claimant Bergquist's Motion and Memorandum, of Points and Authorities to Stay Limitation of Liability proceeding and to Lift Injunction and Stay of Other Proceedings is **GRANTED**.

26

**ORDER <u>GRANTING</u> CLAIMANT'S
MOTION TO LIFT STAY**
*IN THE MATTER OF THE COMPLAINT OF*
F/V MEMORIES, LLC
(2 :17-cv-01296-RSM) – Page 1

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

This Court shall retain jurisdiction over the limitation action. The parties shall provide, within 30 days, notice of the conclusion of the state Court proceeding.

IT IS SO ORDERED.

DATED this 21 day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

STACEY & JACOBSEN, PLLC

By: _____s/ James P. Jacobsen_____
        James P. Jacobsen, WSBA #16331
        jjacobsen@martimelawyer.us
        4039 - 21st Avenue W., Ste 401
        Seattle, WA 98199
        Telephone: 206-282-3100
        Fax: 206-282-1149
        Attorneys for Plaintiff

**ORDER GRANTING CLAIMANT'S**
**MOTION TO LIFT STAY**
*IN THE MATTER OF THE COMPLAINT OF*
F/V MEMORIES, LLC
(2 :17-cv-01296-RSM) – Page 2

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100